### Illinois Improvement & Ballast Company, Plaintiff in Error, v. Inger C. Heinsen, Executrix, Defendant in Error.

#### Gen. No. 21,200.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed June 14, 1915.

### Statement of the Case.

The judgment of the trial court was affirmed for lack of bill of exceptions and failure to assign errors on the common-law record, the facts of the case not appearing.

DAVID B. MAXWELL, for plaintiff in error.

MOSES, ROSENTHAL & KENNEDY, for defendant in error; JULIUS MOSES and WALTER BACHRACH, of counsel.

PER CURIAM.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

APPEAL AND ERROR, § 1746*—*when judgment affirmed where bill of exceptions stricken.* Where the bill of exceptions has been stricken from the record and no errors have been assigned upon the common-law record, the judgment will be affirmed.